## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ARGOS USA LLC,                      *
                                *
   Plaintiff,           *
                                *
v.                                  *        1:18-CV-02797-ELR
                                *
CHRISTOPHER YOUNG,                  *
                                *
   Defendant.           *
                                *

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the Parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and Local Rules of this Court, except as herein modified: Per the Parties' request, this case is assigned to an eight (8) month discovery period, commencing from the date of entry of this order.

**SO ORDERED**, this 18th day of May 2020.


                  _Eleanor L. Ross_
                  Eleanor L. Ross
                  United States District Judge
                  Northern District of Georgia