IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA     *
                              *
                              *
         v.                    *        1:24-CR-00188-ELR-1
                              *
EFRAIN GONZALEZ-SALGADO,    *
                              *
        Defendant.         *
                              *

_____

**O R D E R**

_____

A sentencing hearing was scheduled for Thursday, January 23, 2025 at 9:30 am. The Court **RESCHEDULES** the sentencing hearing for **THURSDAY, JANUARY 23, 2025 at 10:30 AM**, Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. **THIS IS A TIME CHANGE ONLY.**

**SO ORDERED**, this 20th day of November, 2024.

_Eleanor L. Ross_
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia