**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ARGOS USA LLC,

 *Plaintiff*,

 *v.*

CHRISTOPHER YOUNG and
SOUTHEAST READY MIX, LLC,

 *Defendants*.

Case No. 1:18-cv-02797-ELR

## <u>REVISED SCHEDULING ORDER</u>

Pursuant to the Court's order (ECF 103), the parties hereby submit the following proposed Revised Scheduling Order. This proposal is similar to the original discovery plan ordered by this Court (ECF 61), which included "an eight (8) month discovery period." The parties have supplemented that schedule with a proposed deadline for dispositive and *Daubert* motions.

- <u>Fact discovery cutoff</u>: 6 months from entry of Revised Scheduling Order.

- <u>Plaintiffs' expert report(s)</u>: 30 days after fact discovery closes.

- <u>Last day to depose Plaintiffs' expert(s)</u>: 60 days after fact discovery closes.

- <u>Defendants' expert report(s)</u>: 90 days after fact discovery closes.

- <u>Last day to depose Defendants' expert(s)</u>: 120 days after fact discovery closes.

- <u>Expert discovery cutoff</u>: 120 days after fact discovery closes.

- <u>Dispositive motion and *Daubert* motion deadline</u>: 150 days after fact discovery closes.

The Federal Rules of Civil Procedure and Local Rules of this Court shall govern the parties' limitations on interrogatories and depositions.

Dated: Nov. 19, 2024

Respectfully submitted,

MCGUIREWOODS LLP

*/s/ Miles O. Indest*
Elizabeth P. Redpath
Georgia Bar No. 979358
MCGUIREWOODS LLP
1075 Peachtree St. NE, 35th Floor
Atlanta, GA 30309
Phone: (804) 775-1184
Fax: (804) 698-2107
eredpath@mcguirewoods.com

Miles O. Indest (*admitted pro hac vice*)
MCGUIREWOODS LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002
Phone: (713) 353-6681
Fax: (832) 255-6381
mindest@mcguirewoods.com

**Counsel for Plaintiff Argos USA LLC**

BONA LAW PC

By: */s/ Aaron Gott (by permission)*
Aaron R. Gott (admitted *pro hac vice*)
aaron.gott@bonalawpc.com
331 2nd Avenue South, Suite 420
Minneapolis, MN 55402
612.284.5001

Jarod M. Bona (admitted pro hac vice)
jarod.bona@bonalawpc.com
Jon F. Cieslak (admitted pro hac vice)
jon.cieslak@bonalawpc.com
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589

ROBBINS ALLOY
BELINFANTE LITTLEFIELD LLC
Richard L. Robbins
Georgia Bar No. 608030
rrobbins@robbinsfirm.com
Rachel F. Gage
Georgia Bar No. 547982
rgage@robbinsfirm.com
500 14th St. NW
Atlanta, GA 30318
678.701.9381

**Counsel for Defendant Christopher Young**

SO ORDERED, this 20th day of November, 2024

Eleanor L. Ross
United States District Judge Northern
District of Georgia